Filed: 1/23/2026 12:53 PM
Michael Gould
District Clerk
Collin County, Texas
By Lana Sikes Deputy
Envelope ID: 110411255

494-00461-2026

CAUSE NO. _____

| | | |
|---|---|---|
| MAHMOUD AHMADI, | § | IN THE _____ |
| PLAINTIFF, | § | |
| | § | |
| V. | § | |
| | § | DISTRICT COURT OF |
| LIFE TIME FITNESS, INC. D/B/A | § | |
| LIFE TIME FITNESS, | § | |
| DEFENDANT. | § | |
| | § | COLLIN COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **Mahmoud Ahmadi**, Plaintiff, complaining of LIFE TIME FITNESS, INC. D/B/A LIFE TIME FITNESS, Defendant, and for cause of action would respectfully show the following:

### I. DISCOVERY CONTROL PLAN LEVEL

Plaintiff intends to conduct discovery under Level 3 of Texas Rule of Civil Procedure 190.4 and affirmatively pleads that this suit is not governed by the expedited-actions process in Texas Rule of Civil Procedure 169 because plaintiff seeks monetary relief of over $1,000,000.00.

### II. PARTIES, JURISDICTION, AND VENUE

Plaintiff is an individual residing in Plano, Texas. The last three numbers of Plaintiff's social security number are 227 and driver's license number are 950.

Defendant Life Time Fitness, Inc. d/b/a Life Time Fitness is a corporation formed under the laws of the State of Minnesota, but registered and authorized to conduct business in the State of Texas. Life Time Fitness, Inc. d/b/a Life Time Fitness maintains an agent for service of process at: National Registered Agents, Inc.,1999 Bryan St., Ste. 900 Dallas, TX 75201-3136.

EXHIBIT A                          Page 1 of 5

This Court has jurisdiction over the parties to and subject matter of these claims because the amount in controversy is within the jurisdictional limits of this Court and venue is proper because all or a substantial part of the events or omissions giving rise to the claims herein occurred in Collin County, Texas.

Issuance of citation is requested at this time. Plaintiff hereby requests the clerk of this Honorable Court to please email the citation for Defendants to Plaintiff's counsel of record at mmitchell@radlawfirm.com.

### III. <u>STATEMENT OF FACTS</u>

On or about February 26, 2025, Plaintiff was injured while on Defendant's premises located at Life Time Fitness located at 4900 Throne Hall Way, Frisco, Texas 75034 (the "Premises").  At the time of Plaintiff's injury, the Premises were being used for the purpose of a Fitness Club.

Defendant was in control of the Premises on which Plaintiff's injuries occurred. At the time the injuries occurred, Defendant was the owner of the Premises or leasing the Premises and had the exclusive right to control the property on which Plaintiff was injured.

While inside the steam sauna provided by Defendant for its members, Plaintiff experienced heat exhaustion and lost consciousness  Plainitff fell to the floor inside the steam room and remained unattended for an extended period of time.

As a result of being left in the sauna for an extended period of time, Plaintiff sustained severe second and third-degree thermal burns from prolonged contact with the heated surface due to the high heat in the steam room.

## IV. <u>CAUSE OF ACTION NEGLIGENCE</u>

All preceding paragraphs are incorporated herein as if fully set forth.

Defendant and its agents, representatives, and employees were negligent in the maintenance, monitoring, and operation of the steam room located within its facility. Defendant failed to ensure that the steam room was maintained at a safe and reasonable temperature for its intended use by patrons. Defendant was negligent in failing to implement proper safety protocols, including temperature regulation systems, warning signage, and periodic inspections to prevent hazardous conditions. Defendant was negligent in failing to monitor sauna occupancy, provide emergency response protocols and to warn of risks of prolonged exposure.

Plaintiff was entitled to and did in fact rely on Defendant to maintain the steam room in a reasonably safe condition. Defendant owed Plaintiff a duty to exercise ordinary care in the operation and monitoring of the steam room to prevent excessive heat exposure. Defendant breached that duty by allowing the steam room to reach dangerously high temperatures, creating an unreasonably hazardous condition for patrons.

As a direct and proximate result of Defendant's negligence, Plaintiff suffered heat exhaustion, loss of consciousness, and severe second- and third-degree burns, requiring extensive hospitalization, rehabilitation, and ongoing medical care. Plaintiff has incurred substantial medical expenses and continues to endure pain, suffering, and permanent physical impairment.

## VI. <u>DAMAGES</u>

As a proximate result of Defendants' negligence, Plaintiff suffered severe physical injuries. As a result of his injuries, Plaintiff has suffered the following damages:

    a.     Physical pain and suffering in the past and future;

    b.     Mental anguish in the past and future;

    c.        Damage to earning capacity;

    d.        Physical impairment in the past and future;

    e.        Disfigurement; and

    f.        Medical expenses in the past and future.

## VII. <u>JURY TRIAL</u>

Plaintiff demands a trial by jury and includes the appropriate jury fee.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that Defendant be cited to appear and answer, and that on final trial have judgment against Defendant in a sum within the jurisdictional limits of the Court; prejudgment and post judgment interest as provided by law; costs of suit; and such other and further relief to which Plaintiff may be justly entitled.

Respectfully Submitted,
**RAD LAW FIRM**

BY: _/s/ Michael R. Mitchell_
MICHAEL R. MITCHELL
Texas Bar No. 14217810
8001 LBJ Freeway, Ste. 300
Dallas, Texas 75251
972-661-1111
972-661-3537 (fax)
E-Service:  efileMRM@radlawfirm.com
mmitchell@radlawfirm.com
**ATTORNEY FOR PLAINTIFF**

EXHIBIT A